GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
ANNE HAYES HARTMAN, State Bar No. 184556
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321

Attorneys for Plaintiff and Cross-Defendant
Gary HALL, D.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary HALL, D.C., an individual; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LASER THERAPY PRODUCTS LLC, et al.<br><br>        Defendants. | No. 1:08-CV-01905-LJO-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:    February 10, 2009<br>Time:   8:30 a.m.<br>Dept.:    7, Hon. Sandra M. Snyder |
| LASER THERAPY PRODUCTS LLC,<br><br>        Cross-Complainant,<br><br>v.<br><br>Gary HALL, D.C., et al.,<br><br>        Cross-Defendants. | |

## STIPULATION

WHEREAS, this matter was set for an initial mandatory scheduling conference when it was first removed to this Court from the Superior Court for the County of Stanislaus;

WHEREAS, the mandatory scheduling conference is currently set for the date set forth above;

WHEREAS, Plaintiffs have filed a motion to remand this action, contesting the subject matter jurisdiction of this Court, and that motion has been set for hearing of February 10,

STIP AND PROPOSED ORDER                                                            (No. 1:08-CV-01905-LJO-SMS)
TO CONTINUE MSC

PDF created with pdfFactory trial version www.pdffactory.com

2009,

WHEREAS, Plaintiff and counter-defendant Dr. Gary Hall has also filed, in the alternative to the motion to remand, a motion to dismiss the counterclaim of defendant and counterclaimant Laser Therapy Products, LLC, which motion is also set for hearing of February 10, 2009;

WHEREAS, defendant and counterclaimant Laser Therapy Products, LLC, has filed motions to transfer this action to the Middle District of Tennessee pursuant to 28 U.S.C. § 1404(a), and for judgment on the pleadings, which motions have also been set for hearing on February 10, 2009;

WHEREAS, defendant J. Rod McGinnis has not yet appeared in this action, but is anticipated to soon do so;

WHEREAS, resolution of the currently-pending motions may remove this action from the federal courts entirely, transfer it to a different district, and/or significantly alter the scope of the claims asserted;

WHEREAS, the parties have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure; and

WHEREAS, the parties agree that it is in the interest of justice and judicial economy to continue the Mandatory Scheduling Conference until a date after resolution, or further development, on the currently pending motions;

NOW THEREFORE, IT IS STIPULATED BETWEEN THE PARTIES HERETO,

1.  Plaintiffs and defendants jointly request that the Mandatory Scheduling Conference in this matter be continued to a date on or after March 10, 2009.

STIP AND PROPOSED ORDER
TO CONTINUE MSC                -2-                                (No. 1:08-CV-01905-LJO-SMS)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: January 28, 2009 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |

By/s/ Robert A. Goodin
    Robert A. Goodin
Attorneys for Plaintiffs and Cross-Defendants
Laser Therapy West, Inc., Kenn Alldrin, and
Gary Hall, D.C.

Dated: January 28, 2009                    DOLL AMIR & ELEY LLP

By/s/ Hunter R. Eley (as authorized on 1/28/09)
    Hunter R. Eley
Attorneys for Defendant and Counterclaimant
Laser Therapy Products, LLC and Defendant J.
Rod McGinnis, D.C.

## **ORDER**

Upon the stipulation of the parties as set forth above, and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this matter is continued from February 10, 2009 to March 10, 2009, at 9:00 a.m. (not 8:30am), in Department 7 of the above-captioned court.

Dated: January _29, 2009

    /s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge

3370/001/X106392.v1

STIP AND PROPOSED ORDER
TO CONTINUE MSC                    -3-                    (No. 1:08-CV-01905-LJO-SMS)

PDF created with pdfFactory trial version www.pdffactory.com