1

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)

2  RONALD M. ST. MARIE (SBN 101398)
1888 Century Park East, Suite 1106

3  Los Angeles, California  90067
Telephone: (310) 557-9100

4  Facsimile:  (310) 557-9101
Email:  heley@dollamir.com

5          rstmarie@dollamir.com

6  Attorneys for Defendant and Cross-Complainant
LASER THERAPY PRODUCTS LLC and

7  Defendant J. RODNEY McGINNIS

8

9                    **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

11

| | |
|---|---|
| 12  Gary HALL, D.C., an individual; Ken ALLDRIN, an individual; and LASER THERAPY PRODUCTS WEST, INC., a California corporation, | CASE NO.:  1:08-CV-01905-LJO-SMS |
| 13 | |
| 14 | **JOINT STIPULATION TO DISMISS CERTAIN CLAIMS, WITHDRAW CERTAIN MOTIONS AND TO EXTEND DEADLINE FOR J. ROD McGINNIS TO FILE A RESPONSIVE PLEADING; RDER THEREON** |
| 15                 Plaintiffs, | |
| 16         vs. | |
| 17  LASER THERAPY PRODUCTS LLC, a Tennessee limited liability company; J. Rod McGINNIS D.C., an individual; DOES 1 through 10, | |
| 18 | |
| 19         Defendants. | |
| 20  LASER THERAPY PRODUCTS LLC, a Tennessee limited liability company, | |
| 21 | |
| 22         Cross-Complainant, | |
| 23         vs. | |
| 24  Gary HALL, D.C., an individual, and ROES 1 through 10, | |
| 25         Cross-Defendant. | |

26  / / /

27  / / /

28  / / /

1

**STIPULATION**

**WHEREAS,** Defendant Laser Therapy Products LLC has filed a Cross-Complaint in this action against Plaintiff Gary Hall, D.C.;

**WHEREAS,** Defendant Laser Therapy Products LLC has filed a Motion for Judgment on the Pleadings, which has been set for hearing on February 10, 2009;

**WHEREAS,** Defendant Laser Therapy Products LLC has also filed a motion to transfer this action to the Middle District of Tennessee, which has also been set for hearing on February 10, 2009;

**WHEREAS,** Defendant J. Rod McGinnis was personally served with a copy of the Summons and Complaint in this case on December 31, 2008;

**WHEREAS,** resolution of currently-pending motions may remove this action from the federal courts entirely, transfer it to a different district, and/or significantly alter the scope of the claims asserted; and

**WHEREAS,** the parties have met and conferred in an effort to streamline this case and reduce the number of issues pending before this Court;

**IT IS NOW HEREBY STIPULATED BETWEEN THE PARTIES HERETO:**

1.      That Plaintiff Ken Alldrin shall dismiss his Complaint against Laser Therapy Products LLC and J. Rod McGinnis without prejudice either in this Court upon resolution of jurisdictional issues or in any court to which this matter may be transferred or remanded;

2.      That Defendant Laser Therapy Products LLC shall dismiss its Cross-Complaint against Gary Hall, D.C. without prejudice;

3.      That Defendant Laser Therapy Products LLC shall withdraw its motion for judgment on the pleadings, reserving its right to re-file at a later date;

4.      That Plaintiff and Cross-Defendant Gary Hall, D.C. shall withdraw his motion to dismiss the Cross-Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6); and

///

///

JOINT STIPULATION

5.      That the deadline for Defendant J. Rod McGinnis to file a responsive pleading shall be extended to February 17, 2009.

DATED:   February 5, 2009                    DOLL AMIR & ELEY LLP


                                             By:  _/s/ *Hunter R. Eley*_____.
                                                Hunter R. Eley
                                                Attorneys for Defendant and Cross-Complainant
                                                LASER THERAPY PRODUCTS LLC and
                                                Defendant J. RODNEY McGINNIS

DATED:   February 5, 2009                    GOODIN, MACBRIDE, SQUERI, DAY
                                                & LAMPREY, LLP


                                             By:  _/s/ Anne Hayes Hartman (as authorized on 2/03/09)._
                                                Anne Hayes Hartman
                                                Attorneys for Plaintiffs GARY HALL, D.C.,
                                                KEN ALLDRIN, LASER THERAPY
                                                PRODUCTS WEST, INC. and Cross-Defendant
                                                GARY HALL, D.C.


## ORDER

Upon the stipulation of the parties as set forth above, **IT IS SO ORDERED.**


DATED:   _February 4, 2009_                  /s/ LAWRENCE J O'NEILL_____
                                             U.S. District Judge